### 26452.   HARRIS v. COCHRAN.

Nichols, Justice. Upon further consideration of this case we have determined that the writ of certiorari was improvidently granted, and accordingly the case is

*Dismissed. All the Justices concur, except Felton, J., who dissents.*
ARGUED MAY 10, 1971—DECIDED MAY 20, 1971.

*Neel & Smith, Frank D. Smith, Jr.,* for appellant.
*Hugh B. Pettit, Jr.,* for appellee.